In the Matter of FRANK E. ALLEN, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

The division's finding of no probable cause "cannot be considered to have been devoid of a rational basis, the touchstone of arbitrary and capricious agency action" (*State Off. of Drug Abuse Servs. v State Human Rights Appeal Bd.,* 48 NY2d 276, 284). Thus, the determination is upheld.

We have considered petitioner's other arguments and find them to be lacking in merit. Titone, J. P., Lazer, Thompson and Rubin, JJ., concur.